

1998 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-12-1998

# United States v. Vitale

Precedential or Non-Precedential:

Docket 98-5072

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1998

Recommended Citation
"United States v. Vitale" (1998). *1998 Decisions.* Paper 261.
http://digitalcommons.law.villanova.edu/thirdcircuit_1998/261

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1998 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

Filed November 12, 1998

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 98-5072

UNITED STATES OF AMERICA

v.

FRANCIS X. VITALE,
      Appellant

On Appeal from the United States District Court

for the District of New Jersey

(D.C. No. 97-cr-00573)

Argued July 9, 1998

Before: SLOVITER, ROTH, Circuit Judges, and
FULLAM,* District Judge

ORDER AMENDING OPINION

It is ordered that the slip opinion in the above case, filed

on November 6, 1998, be amended as follows:

Page 1, correct *footnote to read:

        * Hon. John P. Fullam, Senior United States District
        Judge for the Eastern District of Pennsylvania, sitting
        by designation.

                    By the Court,
_____

* Hon. John P. Fullam, Senior United States District Judge for the
Eastern District of Pennsylvania, sitting by designation.

Dated: November 12, 1998          /s/ Dolores K. Sloviter
                                  Circuit Judge

A True Copy:
        Teste:

Clerk of the United States Court of Appeals
for the Third Circuit